

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:06-CR-082-RCJ-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JASON GERALD JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#16) on October 24, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Bank of America
**Total Amount of Restitution Ordered: $5,250.00**

Dated this ____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE